

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-09-00342-CV

**LIONEL GINGRAS,**

Appellant

 v.

**BEN D. TERRALL AND PAUL T. EADS,**

Appellees

_____

**From the 278th District Court
Walker County, Texas
Trial Court No. 23,765**

## MEMORANDUM OPINION

Appellant has filed a motion to dismiss this interlocutory appeal because Appellees have filed a notice of non-suit in the trial court. Appellees have not filed a response. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

FELIPE REYNA
Justice

Before Chief Justice Gray,
    Justice Reyna, and
    Justice Davis
Appeal dismissed
Opinion delivered and filed January 20, 2010
[CV06]